NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                       Criminal Number  1:06-CR-00288-RJL

**Scott Thompson**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Philip T. Inglima, DC Bar 420119
(Attorney & Bar ID Number)

Crowell & Moring LLP
(Firm Name)

1001 Pennsylvania Avenue, NW, 10th Floor
(Street Address)

Washington, DC  20004
(City)        (State)        (Zip)

(202)-624-2795
(Telephone Number)