UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                  ) <br> ) <br> SCOTT THOMPSON            ) <br> ) <br> Defendant.          ) <br> _____) | Crim. No.: 1:06-CR-00288-RJL |

## PRAECIPE

The Clerk of the Court will please enter the special appearance of Philip T. Inglima as counsel for Defendant Scott Thompson in the above-captioned matter. This appearance is entered for purposes of this initial hearing only, though it is anticipated that it may be extended for ongoing purposes that would be filed if counsel's ongoing engagement is confirmed.

                                            Respectfully submitted,

                                            _____
                                            Philip T. Inglima
                                            D.C. Bar Number 420119
                                            CROWELL & MORING LLP
                                            1001 Pennsylvania Avenue, NW
                                            Washington, DC  20004
                                            Telephone:  (202) 624-2795
                                            Facsimile:  (202) 628-5116

Dated:  October 2, 2006

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2006, a true copy of the foregoing Praecipe was hand-delivered to:

    Steven A. Tyrrell, Acting Chief
    Robertson Park, Assistant Chief
    Amanda L. Riedel, Trial Attorney
    U.S. Department of Justice
    Criminal Division, Fraud Section
    10th & Constitution Ave., NW
    Bond Building, 4th Floor
    Washington, DC 20530

_____
Philip T. Inglima