U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

V.

Case No.  06-288

SCOTT E. THOMPSON

## O R D E R

Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2.  It is this 2nd day of  October, 2006                                    ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on October 11, 2006

By FBI SPECIAL AGENT MICHAEL McGILLICUDDY to the Central Cell Block of the Metropolitan Police Department,

to the United States Marshal's Office and to FBI Washington Field Office, 601 4th Street, N.W.  Washington, D.C.  20535

for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the

custody of ___ _____N/A_____ for the purpose of "routine processing," and at the

conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA

V.

Case No.  06-288

SCOTT E. THOMPSON

O R D E R

Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2.  It is this 2nd day of __October, 2006_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on October 11, 2006_____

By FBI SPECIAL AGENT MICHAEL McGILLICUDDY to the Central Cell Block of the Metropolitan Police Department,

to the United States Marshal's Office and to FBI Washington Field Office, 601 4th Street, N.W.  Washington, D.C.  20535

for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the

custody of __ _____N/A_____ for the purpose of "routine processing," and at the

conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)