# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SCOTT THOMPSON<br><br>DOB:           PDID: | DOCKET NO: 06-288<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Scott Thompson | MAGIS. NO:<br><br>**FILED**<br>OCT 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANIPULATE AND ATTEMPT TO MANIPULATE THE PRICE OF ANY COMMODITY IN INTERSTATE COMMERCE AND KNOWINGLY DELIVER AND CAUSE TO BE DELIVERED FOR TRANSMISSION THROUGH INTERSTATE COMMERCE BY TELEPHONE, TELEGRAPH, WIRELESS AND OTHER MEANS OF COMMUNICATION FALSE AND MISLEADING AND KNOWINGLY INACCURATE REPORTS CONCERNING MARKET INFORMATION AND CONDITIONS THAT TEND TO AFFECT THE PRICE OF ANY COMMODITY IN INTERSTATE COMMERCE IN VIOLATION OF 7 U.S.C. § 13(a)(2); AND TO COMMIT WIRE FRAUD, IN VIOLATION OF 18 U.S.C. § 1343.

*Bench Warrant Quashed 10/2/06*

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:   18:371

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE JOHN FACCIOLA | DATE ISSUED:<br>9/28/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/28/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-28-06 | DAVID BALDWIN, REPORTING | [signature] REPORTING |