# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
v.

Defendant's name: **Scott E. Thompson**

Case No.: 06-288

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X]

- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

## YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

1) **SUPERVISORY CUSTODY** [ ] — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

2) [X] **YOU ARE TO REPORT** — [X] weekly, [X] in person, [X] by phone **Monday** TO THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.

3) [X] **YOU ARE TO LIVE** at: Same as above

4a) [ ] **YOU ARE TO WORK**

4b) [ ] **YOU ARE TO STUDY**

5) [ ] **YOU ARE TO STAY**

6) [X] **NARCOTICS** — Comply with booking order

7) [X] **OTHER CONDITION** — Report for drug eval, if positive placement. Surrender passport to DC Pretrial. Allow to travel US w/o permission of court but to notify DCPSA 24hrs before travel for business

8) [ ] **REARREST**

**NEXT DUE BACK:** in Courtroom 7 at 3:30 PM on 10/11/06, Judge Leon

**YOUR ATTORNEY:** Philip Inglima
317-624-2795

DEFENDANT'S SIGNATURE: Scott Thompson
WITNESSED BY: (PSA)

Date: 10/2/06

SO ORDERED
Signature of Judge