NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                Criminal Number  1:06-CR-00288-RJL

**SCOTT THOMPSON**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Adrian D. Mebane, D.C. Bar No. 467885
_(Attorney & Bar ID Number)_

Crowell & Moring LLP
_(Firm Name)_

1001 Pennsylvania Avenue, NW, 10th Floor
_(Street Address)_

Washington, DC  20004
_(City)           (State)           (Zip)_

(202) 624-2832
_(Telephone Number)_