NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  CR06-288

SCOTT E. THOMPSON
         (Defendant)

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☐ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

☑ DOJ Trial Attorney          _____Amanda L. Riedel_____
                                        (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Amanda L. Riedel   477005
(Attorney & Bar ID Number)

USDOJ - Criminal Div - Fraud Section
(Firm Name)

1400 New York Ave., N.W.
(Street Address)

Washington    D.C.    20530
(City)        (State)    (Zip)

(202) 514-0930
(Telephone Number)