UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT THOMPSON )<br>)<br>Defendant. )<br>_____) | Crim. No.: 1:06-CR-00288-RJL |

## MOTION FOR ADMISSION *PRO HAC VICE*

Philip T. Inglima, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCrR 44.1(d), that Ann Mason be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Scott Thompson, and submits in support thereof a declaration by Ms. Mason, attached hereto.

WHEREFORE, it is respectfully requested that Ann Mason be permitted to participate in this matter *pro hac vice* pursuant to LCvR 44.1(d).

Respectfully submitted,

*/s/ Philip T. Inglima*
Philip T. Inglima
D.C. Bar Number 420119
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2795
Facsimile: (202) 628-5116

Dated: November 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2006, a true copy of the foregoing Motion for Admission *Pro Hac Vice* and the accompanying Declaration of Ann M. Mason were mailed, via U.S. first-class mail, to:

> Steven A. Tyrrell, Acting Chief
> Robertson Park, Assistant Chief
> Amanda L. Riedel, Trial Attorney
> U.S. Department of Justice
> Criminal Division, Fraud Section
> 10th & Constitution Ave., NW
> Bond Building, 4th Floor
> Washington, DC 20530

_____
Philip T. Inglima

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>SCOTT THOMPSON                  )<br>)<br>       Defendant.              )<br>_____ ) | Crim. No.: 1:06-CR-00288-RJL |

## DECLARATION OF ANN M. MASON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule LCrR 44.1(d), I declare the following to be true:

1.   My full name is Ann McDonald Mason.

2.   My office address and telephone number are: Ann Mason, Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004; (202) 508-8802.

3.   I have been admitted to the Bar of the District of Columbia (no. 491902) and the Sate of New York (no. 4240032).

4.   I certify that I have not been disciplined by any bar.

5.   I have never been admitted *pro hac vice* in this Court.

6.   I practice law from an office in the District of Columbia and I have submitted an application for admission to the United States District Court for the District of Columbia.

Respectfully submitted,

*Ann Mason*

Ann M. Mason, DC Bar No. 491902
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-508-8802
Facsimile: 202-628-5116

Dated:     November 1, 2006