IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :    Case No. 06-cr-288
                                :
SCOTT THOMPSON                  :

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through its counsel Amanda Riedel, trial attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and the defendant, through his counsel, that transcripts marked "Draft" that are provided to the defense in discovery ("Draft Transcripts") will be used only for the purposes of trial preparation and for no other purpose;

IT IS FURTHER STIPULATED AND AGREED that the Draft Transcripts will not be used at any proceeding to conduct cross-examination of any witness or to impeach or call into question the accuracy of any final transcript;

IT IS FURTHER STIPULATED AND AGREED that counsel will not show or give the Draft Transcripts to any other attorney outside of counsel's law firm who has not entered into this same stipulation in this case; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation is

binding on all future and successor counsel for the defendant.

                        STEVEN A. TYRRELL
                        Acting Chief, Fraud Section

Dated: 11/21/06

By: AMANDA L. RIEDEL
Trial Attorney, Fraud Section

Dated: 11-20-06

PHILIP T. INGLIMA
Counsel for Defendant

Dated: 11/21/06

SCOTT THOMPSON
Defendant

2