UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>SCOTT THOMPSON                  )<br>)<br>            Defendant.              )<br>_____) | Crim. No.: 1:06-CR-00288-RJL |

## CONSENT MOTION FOR WAIVER OF APPEARANCE

Defendant Scott Thompson, through undersigned counsel, respectfully moves this Court to permit defendant's absence from the status hearing scheduled for December 14, 2006, at 3:00 p.m. Defendant, having been advised by undersigned counsel, hereby waives his right to appear at this hearing. The Government consents to this request.

WHEREFORE, defendant respectfully requests that his motion be granted..

Respectfully submitted,

_____
Philip T. Inglima
D.C. Bar Number 420119
Adrian D. Mebane
D.C. Bar Number 467885
Ann M. Mason
Admitted *Pro Hac Vice*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2832
Facsimile: (202) 628-5116

Dated: November 30, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of November 2006, a true copy of the foregoing Consent Motion for Waiver of Appearance and the accompanying Proposed Order were mailed, via U.S. first-class mail, to:

>Steven A. Tyrrell, Acting Chief
>Robertson Park, Assistant Chief
>Amanda L. Riedel, Trial Attorney
>U.S. Department of Justice
>Criminal Division, Fraud Section
>10th & Constitution Ave., NW
>Bond Building, 4th Floor
>Washington, DC 20530

_____
Adrian D. Mebane

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT THOMPSON )<br>)<br>Defendant. )<br>_____ ) | Crim. No.: 1:06-CR-00288-RJL |

## PROPOSED ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR WAIVER OF APPEARANCE

Upon consideration of the defendant's consent motion for waiver of appearance, it is hereby ORDERED that the defendant, Scott Thompson, is excused from attending the status hearing scheduled before this Court on December 14, 2006, at 3:00 p.m.

So ORDERED this ___ day of _____ , 2006

_____
HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

electronic copies to:

Philip T. Inglima, Esquire
Adrian D. Mebane, Esquire
Ann M. Mason, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
10th Floor
Washington, DC  20004


Robertson Park, Assistant Chief
Amanda L. Riedel, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Ave., NW
Bond Building, 4th Floor
Washington, DC 20530