UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 07-62 |
| v. : | |
| : | |
| **JOSEPH FOLEY** : | |
| : | |
| **Defendant** : | |

NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL

The undersigned hereby provides notice pursuant to Local Rule LcrR 44.5(e) that he is one of the government counsel in the above captioned case.

Respectfully submitted,

STEVEN A. TYRELL
Chief, Fraud Section


By: _____
ROBERTSON T. PARK
Assistant Chief
Fraud Section, Criminal Division
United States Department of Justice
Tel: 202-514-4335