NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:06-cr-00288-RJL

THOMPSON
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Ann Mason_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Ann Mason (D.C. Bar No. 491902)
(Attorney & Bar ID Number)

Crowell & Moring LLP
(Firm Name)

1001 Pennsylvania Ave., NW
(Street Address)

Washington, D.C.        20004
(City)         (State)        (Zip)

202-508-8802
(Telephone Number)