UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT THOMPSON )<br>)<br>**Defendant** )<br>_____ ) | Crim. No.:  1:06-CR-00288-RJL |

**DEFENDANT SCOTT THOMPSON'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR AN ORDER DIRECTING THE CLERK TO ISSUE CERTAIN SUBPOENAS *DUCES TECUM* RETURNABLE BEFORE TRIAL**

Defendant Scott Thompson, through counsel, respectfully requests this Court, pursuant to Rule 47 (b) of the Rules of the U.S. District Court of the District of Columbia, to grant his motion for an order directing the clerk to issue certain subpoenas *duces tecum* returnable before trial. On May 4, 2007, Defendant, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(E)(i) and 17(c), filed a motion for an order directing the clerk to issue subpoenas *duces tecum* calling for the production of documents as detailed in Defendant's previously submitted schedules, to be produced no later than June 15, 2007, by, respectively: The McGraw-Hill Companies; Williams Power Company, Inc., formerly Williams Energy Marketing & Trading Co., and/or its parent, The Williams Companies, Inc.; and the Federal Energy Regulatory Commission. (Dkt. No. 14.) On May 15, 2007, the Government filed its response to Defendant's motion, whereby it took no position on this request. (Dkt. No. 16.)

Since the Government filed no opposition to Defendant's motion within the prescribed time, as permitted by Local Criminal Rule 47 (b), the Court may treat the motion as conceded.

Defendant respectfully requests that his motion be granted at this time so that the subpoenas *duces tecum* may issue promptly.

Respectfully submitted,

 /s/ Philip T. Inglima
Philip T. Inglima (D.C. Bar No. 420119)
Adrian D. Mebane (D.C. Bar No. 467885)
Ann M. Mason (D.C. Bar No. 491902)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Dated:  May 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2007, a true copy of the foregoing Defendant Scott Thompson's Reply Brief In Support of its Motion for an Order Directing the Clerk to Issue Certain Subpoenas *Duces Tecum* Returnable Before Trial, was sent via electronic mail, to:

> Robertson Park, Assistant Chief
> Amanda L. Riedel, Trial Attorney
> U.S. Department of Justice
> Criminal Division, Fraud Section
> 10th & Constitution Ave., NW
> Bond Building, 4th Floor
> Washington, DC 20530

      /s/ Adrian D. Mebane
      Adrian D. Mebane