## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.: 1:06-CR-00288-RJL |
| ) | |
| SCOTT THOMPSON ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### DEFENDANT SCOTT THOMPSON'S SUPPLEMENTAL FILING CONCERNING MOTION FOR AN ORDER DIRECTING THE CLERK TO ISSUE CERTAIN SUBPOENAS *DUCES TECUM* RETURNABLE BEFORE TRIAL

Pending before the Court is the Defendant's Motion for an Order Directing the Clerk to Issue Certain Subpoenas *Duces Tecum* Returnable Before Trial (Docket No. 14; see also Docket No. 17). This motion is unopposed by the government and, notwithstanding the developments in a hearing before the Court yesterday, is ripe for determination as to the subpoenas directed to the McGraw-Hill Companies and the Federal Energy Regulatory Commission. The parties have conferred and defendant is authorized by the government to indicate its agreement on that point.

Because the ultimate resolution of any potential challenges to the McGraw-Hill and Federal Energy Regulatory Commission subpoenas would be promoted by the issuance of those two subpoenas, defendant asks that the Court resolve those two requests at this time. This order would be independent of the briefing and argument schedule established by the Court in connection with a pending motion involving The Williams Companies, Inc.

Respectfully submitted,


  /s/ Philip T. Inglima
Philip T. Inglima (D.C. Bar No. 420119)
Adrian D. Mebane (D.C. Bar No. 467885)
Ann M. Mason (D.C. Bar No. 491902)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Dated:  May 31, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2007, a true copy of the foregoing Defendant Scott Thompson's Supplemental Filing Concerning Motion for an Order Directing the Clerk to Issue Certain Subpoenas *Duces Tecum* Returnable Before Trial, was sent via electronic mail, to:

>Robertson Park, Assistant Chief
>Amanda L. Riedel, Trial Attorney
>U.S. Department of Justice
>Criminal Division, Fraud Section
>10th & Constitution Ave., NW
>Bond Building, 4th Floor
>Washington, DC 20530

>/s/ Adrian D. Mebane
>Adrian D. Mebane