UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-288 |
| | ) | |
| SCOTT THOMPSON | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

     Amanda L. Riedel gives notice of withdrawal of her appearance as counsel for the United

States in the above-referenced matter.  As of April 4, 2008, Ms. Riedel will no longer be

employed by the Criminal Division of the United States Department of Justice.  The United

States continues to be represented by Fraud Section Assistant Chief Robertson Park, who has

previously entered his notice of appearance.

                              Respectfully submitted,

                              /s/ Amanda L. Riedel

                              Amanda L. Riedel, Trial Attorney
                              U.S. Department of Justice
                              Criminal Division, Fraud Section
                              1400 New York Ave. N.W.
                              Bond Building, 4th Floor
                              Washington, DC 20005
                              Tel: (202) 514-0930
                              Fax: (202) 514-7021
                              Amanda.Riedel@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of April, 2008, a true copy of the foregoing Notice was sent via electronic mail to:

Adrian D. Mebane, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Respectfully submitted,

<u>/s/ Amanda L. Riedel</u>

Amanda L. Riedel, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. N.W.
Bond Building, 4th Floor
Washington, DC 20005
Tel: (202) 514-0930
Fax: (202) 514-7021
Amanda.Riedel@usdoj.gov