UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>)<br>SCOTT THOMPSON      )<br>)<br>    Defendant.   )<br>_____) | Crim. No.: 1:06-CR-00288-RJL |

### CONSENT MOTION FOR WAIVER OF APPEARANCE

Defendant Scott Thompson, through undersigned counsel, respectfully moves this Court to permit defendant's absence from the next status hearing in this matter, which is currently scheduled for July 3, 2008, at 10:00 a.m.  Defendant, having been advised by undersigned counsel, hereby waives his right to appear at this hearing.  The Government consents to this request.

WHEREFORE, defendant respectfully requests that his motion be granted.

Respectfully submitted,

/s/ Philip T. Inglima
Philip T. Inglima, D.C. Bar No. 420119
Adrian D. Mebane, D.C. Bar No. 67885
Ann M. Mason, Admitted *Pro Hac Vice*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Dated:  June 30, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2008, a true copy of the foregoing Consent Motion for Waiver of Appearance and the accompanying Proposed Order were mailed, via U.S. first-class mail, to:

>Steven A. Tyrrell, Chief
>Robertson Park, Assistant Chief
>Nicola Mrazek, Trial Attorney
>U.S. Department of Justice
>Criminal Division, Fraud Section
>10th & Constitution Ave., NW
>Bond Building, 4th Floor
>Washington, DC 20530

                                            /s/ Philip T. Inglima

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.:  1:06-CR-00288-RJL |
| | ) | |
| | ) | |
| SCOTT THOMPSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR WAIVER OF APPEARANCE**

Upon consideration of the defendant's consent motion for waiver of appearance, it is hereby ORDERED that the defendant, Scott Thompson, is excused from attending the next status hearing in this matter, which is currently scheduled for July 3, 2008.

So ORDERED this _____ day of _____ , 2008

_____
HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

electronic copies to:

Philip T. Inglima, Esquire
Adrian D. Mebane, Esquire
Ann M. Mason, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
10th Floor
Washington, DC  20004


Robertson Park, Assistant Chief
Nicola Mrazek, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
10th & Constitution Ave., NW
Bond Building, 4th Floor
Washington, DC 20530