UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 1:06-cr-00288 |
| v. | : | |
| | : | |
| **SCOTT THOMPSON** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL

The undersigned hereby provides notice pursuant to Local Rule LcrR 44.5(e) that she is one of the government counsel in the above captioned case.

Respectfully submitted,
STEVEN A. TYRRELL
Chief, Fraud Section

By: */s/* NICOLA J. MRAZEK
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave, NW Rm 4404
Washington, DC 20005
Tel: (202) 514-8122
Fax: (202) 514-7021
Nicola.Mrazek@usdoj.gov